# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROY TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>LANCE ARAKAKI, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00479-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PROVIDE SIGNATURE ON MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT OR HAVE MOTION STRICKEN FOR FAILURE TO COMPLY WITH RULE 11<br><br>(ECF No. 21)<br><br>FOURTEEN-DAY DEADLINE |

    Plaintiff Latroy Taylor ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, initiated this action on April 4, 2014.  (ECF No. 1.)  On January 7, 2015, the Court dismissed Plaintiff's complaint with leave to amend.  (ECF No. 8.)  Plaintiff filed an amended complaint on February 13, 2015, (ECF No. 11), and on March 2, 2015, the Court dismissed that first amended complaint with leave to amend, (ECF No. 12).  On April 1, 2015, Plaintiff filed his second amended complaint, (ECF No. 15), and on August 6, 2015, the Court dismissed that complaint and granted Plaintiff one last chance to amend his complaint, (ECF No. 20).

    On August 17, 2015, Plaintiff filed a motion for a ninety-day extension of time to file his third amended complaint.  (ECF No. 21.)  The Court notes that Plaintiff's motion is unsigned.  Both the Federal Rules of Civil Procedure and this Court's Local Rules require that all filed pleadings, motions

1

and papers be signed by at least one attorney of record or by the party personally if the party is unrepresented. Fed. R. Civ. P. 11(a); Local Rule 131(b). Federal Rule of Civil Procedure 11(a) further provides that a court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention. Fed. R. Civ. P. 11(a). As a result, the Court cannot consider Plaintiff's motion, but it will allow him fourteen days within which to correct the omission of his signature from his motion should he wish for the Court to consider it.

For these reasons, IT IS HEREBY ORDERED that:

Plaintiff is granted fourteen days from the date of service of this order in which to resubmit his motion for an extension of time to amend his complaint with the appropriate signature, if he wants the Court to decide his motion. Failure to comply with this order will result in Plaintiff's motion for an extension of time being stricken.

IT IS SO ORDERED.

Dated:   **August 20, 2015**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE