# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATROY TAYLOR,<br><br>    Plaintiff,<br><br> v.<br><br>LANCE ARAKAKI, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00479-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT (ECF No. 26) AND MOTION FOR FREE COPY OF COURT DOCUMENT (ECF No. 27). |

Plaintiff Latroy Taylor ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, initiated this action on April 4, 2014. (ECF No. 1.)  On August 28, 2015, the Court granted Plaintiff forty-five days from the date of service of that order to comply with its August 5, 2015 screening order dismissing his second amended complaint with leave to amend. (ECF No. 25).  The Court also struck from the record Plaintiff's unsigned motion requesting a free copy of a court document.  (Id. at 2.)

Currently before the Court are (1) another motion by Plaintiff for an extension of time to amend his complaint, dated August 25, 2015 and filed August 31, 2015; and (2) another motion by Plaintiff for a free copy of a court document, dated August 25, 2015 and filed August 31, 2015.  It appears these motions and the Court's August 28, 2015 order crossed in the mail, and Plaintiff filed the motions prior to receiving that order.

Since Plaintiff has already been granted a partial extension of time to comply with the Court's August 5, 2015 screening order, his motion for another extension of time is premature.

Also, for the reasons explained in the August 28, 2015 order, which are incorporated herein by reference, the Court will not provide Plaintiff a free copy of a court document.

For these reasons, it is HEREBY ORDERED that:

1.     Plaintiff's motion for an extension of time to comply with the Court's August 5, 2015 screening order is DENIED; and

2.     Plaintiff's motion for a free copy of a court document is DENIED.

IT IS SO ORDERED.

Dated:   **September 3, 2015**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE